CHRISTOPHER L. BLANK (SBN 115450)
CHRISTOPHER L. BLANK, ATTORNEY AT LAW, PC
2973 Harbor Blvd. #506
Costa Mesa, CA 92626
Telephone:     (949) 250-4600
Email:          chris@chrisblanklaw.com

Attorney for Debtor Jamie Lynn Gallian

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>JAMIE LYNN GALLIAN<br><br>              Debtor.<br><br>JAMIE LYNN GALLIAN, Appellant<br><br>vs.<br><br>JEFFREY GOLDEN, TRUSTEE, Appellee | **District Court Case No.**<br><br>**8:25-cv-00827-CV**<br><br>**Bankruptcy Court Case No.**<br><br>**8:21-bk-11710-SC**<br><br>**APPELLANT'S NOTICE OF INTERESTED PARTIES** |

     TO THE COURT AND INTERESTED PARTIES: Debtor/Appellant, Jamie Lynn Gallian, hereby submits her Notice of Interested Parties.

     The Parties to this Appeal are:

     1. Debtor/Appellant Jamie Lynn Gallian

     2. Trustee/Appellee Jeffrey Golden

     Additionally, creditors, parties in interest and counsel with respect to the underlying Bankruptcy Case include:

1

Bradford Barnhardt on behalf of Creditor   Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates; bbarnhardt@marshackhays.com, barnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt on behalf of Interested Party   Courtesy NEF
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt on behalf of Plaintiff   Houser Bros. Co.
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Christopher L Blank on behalf of Attorney   Christopher L. Blank, Attorney at Law, PC
chris@chrisblanklaw.com

Christopher L Blank on behalf of Debtor Jamie Lynn Gallian
chris@chrisblanklaw.com

Aaron E. De Leest on behalf of Plaintiff   Jeffrey I. Golden
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Robert P Goe on behalf of Creditor   The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe on behalf of Interested Party   The Huntington Beach Gables Homeowners

Association

kmurphy@goeforlaw.com,

rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe on behalf of Plaintiff   The Huntington Beach Gables Homeowners Association

kmurphy@goeforlaw.com,

rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Jeffrey I Golden (TR)

lwerner@go2.law,  kadele@go2.law;C205@ecfcbis.com

D Edward Hays on behalf of Creditor   Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates

ehays@marshackhays.com,

ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party   Courtesy NEF

ehays@marshackhays.com,

ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Plaintiff   Houser Bros. Co.

ehays@marshackhays.com,

ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

| | |
|---|---|
| 1 | |
| 2 | Brandon J. Iskander on behalf of Creditor   The Huntington Beach Gables Homeowners |
| 3 | Association |
| 4 | biskander@goeforlaw.com, kmurphy@goeforlaw.com |
| 5 | |
| 6 | Brandon J. Iskander on behalf of Plaintiff   The Huntington Beach Gables Homeowners |
| 7 | Association |
| 8 | biskander@goeforlaw.com, kmurphy@goeforlaw.com |
| 9 | |
| 10 | Eric P Israel on behalf of Trustee Jeffrey I Golden (TR) |
| 11 | epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com |
| 12 | |
| 13 | Eric P Israel on behalf of Trustee Jeffrey I Golden (TR) |
| 14 | epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com |
| 15 | |
| 16 | Shantal  Malmed on behalf of Interested Party   Courtesy NEF |
| 17 | , cheryl.caldwell@gmlaw.com |
| 18 | |
| 19 | Shantal  Malmed on behalf of Plaintiff   Jeffrey I. Golden |
| 20 | shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com |
| 21 | |
| 22 | Shantal  Malmed on behalf of Trustee Jeffrey I Golden (TR) |
| 23 | shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com |
| 24 | |
| 25 | Mark A Mellor on behalf of Defendant Randall L Nickel |
| 26 | mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com |
| 27 | |
| 28 | Mark A Mellor on behalf of Interested Party   Courtesy NEF |

mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Laila Rais on behalf of Creditor   Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates

lmasud@marshackhays.com,

lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais on behalf of Interested Party   Courtesy NEF

lmasud@marshackhays.com,

lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais on behalf of Plaintiff   Houser Bros. Co.

lmasud@marshackhays.com,

lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Valerie Smith on behalf of Interested Party   Courtesy NEF

claims@recoverycorp.com

  United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

Greg Bingham

Coldwell Banker Residential

840 Newport Center Dr Ste 100

Newport Beach, CA 92660

Coldwell Banker Realty

840 Newport Center Dr Ste 100

Newport Beach, CA

5

|    |                                                                                   |
|----|-----------------------------------------------------------------------------------|
| 1  |                                                                                   |
| 2  | William Friedman                                                                  |
| 3  | Coldwell Banker Realty                                                            |
| 4  | 840 Newport Center Dr Ste 100                                                     |
| 5  | Newport Beach, CA 92660                                                           |
| 6  |                                                                                   |
| 7  | Janine Jasso                                                                      |
| 8  | PO Box 370161                                                                     |
| 9  | El Paso, CA 79937                                                                 |
| 10 |                                                                                   |
| 11 | Levene Neale Bender Yoo & Golubchik L.L.P.                                        |
| 12 | 2818 La Cienega Ave                                                               |
| 13 | Los Angeles, CA 90034                                                             |
| 14 |                                                                                   |
| 15 | Michael D Poole on behalf of Creditor   The Huntington Beach Gables Homeowners Association |
| 16 | Feldsott & Lee, ALC                                                               |
| 17 | 23161 Mill Creek Dr Ste 300                                                       |
| 18 | Laguna Hills, CA 92653                                                            |
| 19 |                                                                                   |
| 20 | Michael D Poole on behalf of Plaintiff   The Huntington Beach Gables Homeowners Association |
| 21 | Feldsott & Lee                                                                    |
| 22 | 23161 Mill Creek Dr Ste 300                                                       |
| 23 | Laguna Hills, CA 92653                                                            |

Dated: April 28, 2025                     CHRISTOPHER L. BLANK, ATTORNEY
                                          AT LAW, PC

                                          By: __/S/*Christopher L. Blank*_____
                                              Christopher L. Blank, Attorney for
                                              Debtor/Appellant Jamie Lynn Gallian