1  CHRISTOPHER L. BLANK (SBN 115450)
   CHRISTOPHER L. BLANK, ATTORNEY AT LAW, PC
2  2973 Harbor Blvd. #506
   Costa Mesa, CA 92626
3  Telephone:      (949) 250-4600
   Email:          chris@chrisblanklaw.com
4
   Attorney for Appellant Jamie Lynn Gallian
5

6

7
                   UNITED STATES BANKRUPTCY COURT
8
                   CENTRAL DISTRICT OF CALIFORNIA
9

10
   In Re                                    )
11                                           ) **District Court Case No.**
                                             )
12                                           ) **8:25-cv-00827-CV**
   JAMIE LYNN GALLIAN                        )
13                                           ) **Bankruptcy Court Case No.**
                                             )
14              Debtor.                      ) **8:21-bk-11710-SC**
                                             )
15 _____       ) **APPELLANT'S REQUEST FOR**
                                             ) **EXTENSION OF TIME TO FILE OPENING**
16 JAMIE LYNN GALLIAN, Appellant              ) **BRIEF**
                                             )
17 vs.                                       )
                                             )
18 JEFFREY GOLDEN, TRUSTEE, Appellee         )
                                             )
19                                           )
                                             )
20 _____       )

21

22       TO THE COURT AND INTERESTED PARTIES: Debtor/Appellant, Jamie Lynn

23 Gallian, hereby requests an extension of time to file Appellant's Opening Brief.

24       This is Appellant's First Request for Extension of Time to File Opening Brief.  No

25 previous request or stipulation has been submitted.

26       Appellant's Opening brief is due on June 30, 2025.  Appellant is requesting a two-week

27 extension through July 14, 2025.

28       The Parties to this Appeal are:


                                            1

1. Debtor/Appellant Jamie Lynn Gallian

2. Trustee/Appellee Jeffrey Golden

Additionally, Creditor, Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Houser Bros.") is shown as an Appellee because the Court below allowed Houser Bros. to file a joinder and present argument and evidence with respect to the Trustee's Motions that are the subject of this appeal.  Houser Bros. has also filed a counter-designation of record in this appeal.  However, it is questionable whether Houser Bros. is a proper party because creditors generally do not have standing to force a sale of a debtor's homesteaded property, nor do creditors have standing to force a debtor to vacate the debtor's homestead to facilitate a Trustee's efforts to sell the Property.

Appellant has asked counsel for the Trustee, Jeffrey Golden and counsel for Houser Bros. whether they will stipulate or object to the extension.  Counsel for Golden has agreed to stipulate on the condition that Golden receive a two-week extension of the normal time for him to file his responsive brief.  Counsel for House Bros. has not responded to Appellant's request.

The issues in this case are novel and moderately complex.  The record is extensive, and Appellant's counsel is continuing to review and analyze the applicable authorities that are relevant to the issues at hand.  Appellant's counsel is diligently working on the Opening Brief.  However, Appellant's counsel runs a one person office with no clerical help.  Additionally, Appellant's counsel will be out town and out of the office Friday through Sunday, June 27 – 29, raising the prospect that counsel will not be able to complete the briefing, put it in proper form and file the accompanying appendix by the Monday deadline.

Based on the foregoing, Appellant respectfully requests a two-week extension to file Appellant's Opening Brief and Appendix.

Dated:  June 26, 2025            CHRISTOPHER L. BLANK, ATTORNEY
                                 AT LAW, PC

                                 By:  __/S/*Christopher L. Blank*_____
                                      Christopher L. Blank, Attorney for
                                      Debtor/Appellant Jamie Lynn Gallian

## DECLARATION OF CHRISTOPHER L. BLANK

I, Christopher L. Blank, declare under penalty of perjury under the laws of the State of California and the United States of America that the facts set forth above are true and correct of my own personal knowledge and if called upon to testify, I could and would testify competently to them.

Executed on Thursday, June 26, 2025 at Costa Mesa, California.

/S/Christopher L. Blank
Christopher L. Blank