# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>JAMIE LYNN GALLIAN<br><br>                Debtor.<br><br>JAMIE LYNN GALLIAN, Appellant<br><br>vs.<br><br>JEFFREY GOLDEN, TRUSTEE, Appellee | District Court Case No.<br>**8:25-cv-00827-CV**<br><br>Bankruptcy Court Case No.<br>**8:21-bk-11710-SC**<br><br>**ORDER ON APPELLANT'S REQUEST FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

    On June 26, 2025, Appellant filed a Request for Extension of Time to File Opening Brief, requesting a 14-day extension of the deadline to file Appellant's Opening Brief and Appendix.

1

1. The Court admonishes Appellant for filing the request only one court day before the deadline. Going forward, Appellant's counsel should avoid last-minute extension requests, which often leave the Court and opposing counsel without adequate time to respond. Moreover, filing such a request does not excuse noncompliance if the Court does not act before the deadline.

Having considered the request and good cause having been found, the Court hereby GRANTS the request, and orders as follows:

    1.    Appellant's Opening Brief and Appendix shall be due on July 14, 2025.

    2.    Appellees' Briefs shall be due on August 27, 2025.

**IT IS SO ORDERED.**

Dated: 6/30/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE