1   CHRISTOPHER L. BLANK (SBN 115450)
    CHRISTOPHER L. BLANK, ATTORNEY AT LAW, PC
2   2973 Harbor Blvd. #506
    Costa Mesa, CA 92626
3   Telephone:    (949) 250-4600
    Email:        chris@chrisblanklaw.com
4
    Attorney for Appellant Jamie Lynn Gallian
5

6

7
                        **UNITED STATES BANKRUPTCY COURT**
8
                      **CENTRAL DISTRICT OF CALIFORNIA**
9

10
    In Re                         )
11                               )**District Court Case No.**
                             )
12                               )**8:25-cv-00827-CV**
    JAMIE LYNN GALLIAN           )
13                               )**Bankruptcy Court Case No.**
                             )
14                Debtor.       )**8:21-bk-11710-SC**
    _____)
15                               )**APPELLANT'S SECOND REQUEST FOR**
                             )**EXTENSION OF TIME TO FILE OPENING**
16     JAMIE LYNN GALLIAN, Appellant  )**BRIEF**
                             )
17     vs.                         )
                             )
18     JEFFREY GOLDEN, TRUSTEE, Appellee  )
                             )
19                               )
                             )
20     _____)

21

22           TO THE COURT AND INTERESTED PARTIES: Debtor/Appellant, Jamie Lynn

23   Gallian, hereby requests a second extension of time to file Appellant's Opening Brief.

24           This is Appellant's Second Request for Extension of Time to File Opening Brief.

25   Appellant's previous request was granted extending the deadline for filing that brief from June

26   30, 2025 to July 14, 2025.

27           Appellant is requesting a five-day extension through July 19, 2025.

28           The Parties to this Appeal are:

1.  Debtor/Appellant Jamie Lynn Gallian

2.  Trustee/Appellee Jeffrey Golden

Additionally, Creditor, Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Houser Bros.") is shown as an Appellee because the Court below allowed Houser Bros. to file a joinder and present argument and evidence with respect to the Trustee's Motions that are the subject of this appeal. Houser Bros. has also filed a counter-designation of record in this appeal. However, it is questionable whether Houser Bros. is a proper party because creditors generally do not have standing to force a sale of a debtor's homesteaded property, nor do creditors have standing to force a debtor to vacate the debtor's homestead to facilitate a Trustee's efforts to sell the Property.

The issues in this case are novel and moderately complex. The record is extensive. Since the Court granted the previous request for extension, Appellant's counsel has been diligently working on the Opening Brief. However, Appellant's counsel runs a one person office with no clerical help. Additionally, Appellant's counsel has been out of State on the east coast since Friday, July 11. Appellant's counsel has been working on the Opening Brief on a laptop computer which has hindered his ability to prepare the Appendix and the opening brief. Nevertheless, counsel has filed a "Place Holder" Opening Brief to allow for the filing of Appellant's Appendices as attachments so those documents would be available to opposing counsel and the Court. Prior to and throughout the time counsel has been away from the office, I have been hopeful that I could complete the briefing, put it in proper form and file the accompanying appendix by today's deadline. I did not want to request another extension unless it were absolutely necessary. However, with only two hours left before the deadline, it became clear that I would not be able to complete the brief and file it on time. I apologize to the Court and opposing counsel for not complying with the Court's rule that extensions should be requested not less than five days prior to the deadline; however, my non-compliance with that rule was unavoidable under the circumstances. I reached out to Trustee's counsel by text message to let him know I was filing this request, and to ask if he would consent, but it was too late in the evening to get a response.

1    Based on the foregoing, Appellant respectfully requests a two-week extension to file

2    Appellant's Opening Brief and Appendix.

3    Dated:  July 15, 2025                    CHRISTOPHER L. BLANK, ATTORNEY

4                                             AT LAW, PC

5                                      By:    /S/*Christopher L. Blank*

6                                             Christopher L. Blank, Attorney for
                                              Debtor/Appellant Jamie Lynn Gallian

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF CHRISTOPHER L. BLANK**

I, Christopher L. Blank, declare under penalty of perjury under the laws of the State of California and the United States of America that the facts set forth above are true and correct of my own personal knowledge and if called upon to testify, I could and would testify competently to them.

Executed on Tuesday, July 15, 2025 at Costa Mesa, California.

/S/Christopher L. Blank
Christopher L. Blank