UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>JAMIE LYNN GALLIAN<br><br>                  Debtor.<br><br>JAMIE LYNN GALLIAN, Appellant<br><br>vs.<br><br>JEFFREY GOLDEN, TRUSTEE, Appellee | District Court Case No.<br><br>8:25-cv-00827-CV<br><br>Bankruptcy Court Case No.<br><br>8:21-bk-11710-SC<br><br>ORDER ON APPELLANT'S REVISED SECOND REQUEST FOR EXTENSION OF TIME TO FILE OPENING BRIEF |

On July 14, 2025, Appellant filed a request for extension of time to file opening brief, requesting that the deadline to file an opening brief be extended from June 30, 2024 to July 14, 2025. On July 19, 2025, Appellant filed a revised request for extension of time to file opening brief, requesting that the deadline be extended to August 1, 2025. The Court admonishes Appellant's counsel for the repeated last-minute extension requests, and warns that the Court is not likely to grant any further extensions of this deadline. However, the Court, having considered

1

the request and good cause having been found, hereby GRANTS the request and orders as follows:

1. Appellant's Opening Brief shall be due on August 1, 2025;
2. Appellant's "Place Holder" Brief (Doc. # 14) is hereby stricken; and
3. The due date for Appellee's Opening Brief shall be extended from August 27, 2025 to September 30, 2025.

IT IS SO ORDERED.

Dated: 7/29/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE