CASE NO. 8:25-cv-00827-CV

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: JAMIE LYNN GALLIAN,
Debtor.

JAMIE LYNN GALLIAN,
Appellant,

v.

JEFFREY GOLDEN, Chapter 7 Trustee; and HOUSER BROS. CO.,
Appellees.

Appeal from the United States Bankruptcy Court in
Bankruptcy Case No.: 8:21-bk-11710-SC

**STIPULATION TO EXTEND BRIEFING SCHEDULE**

ERIC P. ISRAEL (SBN 132426)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: EPI@LNBYG.COM; TMA@LNBYG.COM

This stipulation (the "Stipulation") is entered into by and between appellant Jamie Lynn Gallian ("Appellant") and Jeffrey Golden, Chapter 7 Trustee ("Appellee"), by and through their respective undersigned counsel of record, based on the following recitals of fact:

## RECITALS

A. Pursuant to Appellant's requests approved by orders of the Court thereon, Appellant's deadline to file her opening brief and excepts of record was extended to and including August 1, 2025 [*see* Dkt. 17].

B. In connection with extending Appellant's deadline to file her opening brief and excepts of record to August 1, 2025, the Court set September 30, 2025 as the deadline for Appellee to file his opening brief and excepts of record.

C. On August 1, 2025, Appellant timely filed her opening brief and excepts of record, which excepts of record included three volumes totaling 1,072 pages.

D. Appellee, who has not requested any extensions of the deadline to file his opening brief and deadline, requested that Appellant stipulate to extend the deadline for Appellee to file his opening brief and excepts of record due to, *inter alia*, the number of issues involved in this appeal, the size of the record on appeal and Appellant's excepts of record, and scheduling issues.

E. Due to Appellant's counsel's travel plans and other obligations, if Appellee's deadline to file his opening brief is extended, Appellant has requested

and Appellee has agreed to stipulate to an additional extension for Appellant to file her reply brief.

F.  Subject to Court approval, the parties hereto have agreed to extend (1) the deadline for Appellee to file his opening brief and excepts of record and (2) Appellant to file her reply brief.

## STIPULATION

WHEREFORE, based on the foregoing recitals of fact, which are incorporated herein by this reference, the parties hereto hereby agree as follows:

1.  The deadline for Appellee to file his opening brief and excepts of record shall be extended for 30 days to and including October 30, 2025; and

2.  The deadline for Appellant to file her reply brief shall be extended by 15 days to and including December 1, 2025.

Dated: September 19, 2025

CHRISTOPHER L. BLANK,
ATTORNEY AT LAW, PC.

By: *Christopher Blank*
     CHRISTOPHER L. BLANK
     Counsel for Appellant

Dated: September 19, 2025

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: /s/ Todd M. Arnold
     ERIC P. ISRAEL
     TODD M. ARNOLD
     Counsel for Appellee Jeffrey Golden, Chapter 7 Trustee

## ORDER

Upon consideration of the foregoing Stipulation, the Stipulation is hereby

approved.

**IT IS SO ORDERED.**

Dated:_____                          _____
                                        HON. CYNTHIA VALENZUELA
                                        UNITED STATES DISTRICT JUDGE