CASE NO. 8:25-cv-00827-CV

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: JAMIE LYNN GALLIAN,
Debtor.

JAMIE LYNN GALLIAN,
Appellant,

v.

JEFFREY GOLDEN, Chapter 7 Trustee; and HOUSER BROS. CO.,
Appellees.

Appeal from the United States Bankruptcy Court in
Bankruptcy Case No.:  8:21-bk-11710-SC

**ORDER APPROVING STIPULATION TO EXTEND BRIEFING SCHEDULE**

On September 22, 2025, the Parties filed a *Stipulation To Extend Briefing Schedule* (the "Stipulation"). Doc. # 19. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1. The Stipulation is hereby approved;

2. The deadline for Appellee to file his opening brief and excerpts of record is hereby extended by 30 days to and including October 30, 2025; and

3. The deadline for Appellant to file her reply brief is hereby extended by 15 days to and including December 1, 2025.

**IT IS SO ORDERED.**

Dated: 9/29/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE