CHRISTOPHER L. BLANK (SBN 115450)
CHRISTOPHER L. BLANK, ATTORNEY AT LAW, PC
2973 Harbor Blvd. #506
Costa Mesa, CA 92626
Telephone:     (949) 250-4600
Email:         chris@chrisblanklaw.com

Attorney for Appellant Jamie Lynn Gallian

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | )<br>)**District Court Case No.**<br>)<br>)**8:25-cv-00827-CV**<br>) |
| JAMIE LYNN GALLIAN | )<br>)**Bankruptcy Court Case No.**<br>) |
| Debtor. | )**8:21-bk-11710-SC**<br>) |
| | )**NOTICE REGARDING UNAVAILABILITY**<br>)**OF COUNSEL** |
| JAMIE LYNN GALLIAN, Appellant | )<br>) |
| vs. | )<br>) |
| JEFFREY GOLDEN, TRUSTEE, Appellee | )<br>)<br>) |
| | )<br>)<br>) |

**TO THE COURT, INTERESTED PARTIES AND COUNSEL:** The briefing in this case was completed on December 1, 2025; however, no oral argument has been scheduled. The undersigned is filing this notice to advise that he will be unavailable due to pre-existing travel plans from June 15 through July 1, 2026, July 15 – 21, 2026, July 31 through August 7 and August 24 through September 11, 2026.

DATED: June 11, 2026                    _____/Christopher L. Blank_____
                                        CHRISTOPHER L. BLANK, Attorney for
                                        Appellant Jamie Lynn Gallian

NOTICE REGARDING UNAVAILABILITY OF COUNSEL